SOL C. SPIEGEL et al., Respondents, v. MARVIN M. MARCUS, Appellant.— Final order and judgment affirmed, with costs. All concur. (The order reverses a judgment of the Buffalo City Court in favor of defendant and grants judgment

in favor of plaintiffs and dispossesses defendant of occupancy of premises in Buffalo.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 275 App. Div. 794.]